PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jamal Coursey  Cr.: 01-247

Name of Judicial Officer: Faith S. Hochberg, U.S. District Judge

Date of Original Sentence: 04/22/02

Original Offense: Conspiracy to Distribute More Than 500 Grams of Cocaine

Original Sentence: 60 months imprisonment

Type of Supervision: Supervised Release  Date Supervision Commenced: 12/10/04

Assistant U.S. Attorney: Paula T. Dow  Defense Attorney: John C. Whipple

## PETITIONING THE COURT

[X] To issue a warrant

The probation officer alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | On or before March 12, 2007, Coursey associated with Karl Joe and Kasim Camel, both convicted federal felons. |
| 3 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | Coursey failed to submit *truthful Monthly Supervision Reports* for any month after November 2006, wherein he failed to note the ownership and/or purchase of a BMW 525, valued at over $30,000. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Mark Hengemuhle, Supervising
U.S. Probation Officer

Date: 03/21/07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/21/07
Date