PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Coursey, Jamal                                                    Cr.:00247-2

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: April 23, 2002

Original Offense: Conspiracy to distribute more than five hundred grams of cocaine.

Original Sentence: Sixty months imprisonment, four years supervised release, financial disclosure, drug & alcohol treatment, $1000 fine, no new debt and a $100 special assessment.

Type of Supervision: Supervised Release                     Date Supervision Commenced: December 10, 2004

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On September 12, 2007, the probation office received an alert from the home confinement monitoring service indicating Ms. Coursey failed to return home prior to his 8:00pm curfew. When contacted shortly after regarding his non-compliance, the offender admitted the violation stating he was at the Masjid (mosque) and lost track of time. |

U.S. Probation Officer Action:

Our office verbally reprimanded Coursey and extended his home confinement term one day.

Respectfully submitted,

By: Stanley K. Whetstone
    Senior U.S. Probation Officer
Date: 09/10/07

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

10/11/07
Date